PRINGLE *v.* MORTON SALT CO.

APPEAL AND ERROR—INADEQUACY OF AWARD—REHEARING.
Inadequacy of award, not having been raised on certiorari, nor urged before decision, may not be considered on rehearing.

Certiorari to Department of Labor and Industry. Submitted June 5, 1930. (Docket No. 44, Calendar No. 34,838.) Decided April 24, 1931. Submitted on rehearing January 19, 1932. Decided June 6, 1932.

Wilmot E. Pringle and another presented their claim against Morton Salt Company for accidental injuries resulting in the death of their son, Harold James Pringle, and later attempted discontinuance of same, and commenced action at law. From the award made, plaintiffs bring certiorari. Affirmed on rehearing.

*Stewart & Black,* for plaintiffs.

*Cady & Pepper,* for defendant.

ON REHEARING.

CLARK, C. J.   Rehearing granted in *Thomas* v. *Morton Salt Co.*, 253 Mich. 613, involved rehearing in this case, 254 Mich. 179.   The *Thomas Case,* having been affirmed again, *ante,* 231, this case must have like result.

We are now asked to set aside the award as inadequate.   This point was not raised on certiorari, nor urged before decision, and may not be considered now.   *Booker* v. *Grand Rapids Medical College,* 156 Mich. 95 (24 L. R. A. [N. S.] 447).

Affirmed.

McDONALD, POTTER, SHARPE, NORTH, FEAD, WIEST, and BUTZEL, JJ., concurred.